IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **EDDIE WORDLAW**, <br>          Plaintiff, <br><br> vs. <br><br> **CITY OF DUBUQUE, IOWA**, <br>          Defendant. | Case No. 2:22-cv-01017 <br><br><br> **STIPULATION** |

The parties, through their respective counsel, stipulate to a dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement and Release ("Agreement") appended to this Stipulation. The Court is respectfully asked to retain jurisdiction to enforce the Agreement.

WHEREFORE, the parties request the Court approve this Stipulation, and enter an Order in accordance with its terms and for such other relief that this Court deems equitable.

**SIGNATURES:**

*/s/ Todd Schmidt*
Todd Schmidt
Attorney for Plaintiff
IOWA LEGAL AID
744 Main Street; Suite 1
Dubuque, IA 52001-6825
TEL: (563) 588-4653
EMAIL: tschmidt@iowalaw.org

*/s/ Todd Stevenson*
Todd L. Stevenson
Attorney for Defendant
KANE, NORBY & REDDICK, P.C.
2100 Asbury Road, Suite 2
Dubuque, IA 52001-3091
TEL: (563) 582-7980
EMAIL: tstevenson@kanenorbylaw.com

*/s/ Alex Kornya*
Alexander Vincent Kornya
Attorney for Plaintiff
IOWA LEGAL AID
1111 9th Street; Suite 230
Des Moines, IA 50314
TEL: (515) 243-1193
EMAIL: akornya@iowalaw.org

*/s/ Les V. Reddick*
Les V. Reddick
Attorney for Defendant
KANE, NORBY & REDDICK, P.C.
2100 Asbury Road, Suite 2
Dubuque, IA 52001-3091
TEL: (563) 582-7980
EMAIL: lreddick@kanenorbylaw.com